UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

| | |
|---|---|
| Asia TV USA Ltd., MSM Asia Ltd., Star India Private Ltd., Viacom18 Media Private Limited, ARY Digital USA LLC, and DISH Network L.L.C., <br><br>         Plaintiffs, <br><br>    v. <br><br> Kamran International Trade Limited, and Muhammad Arshad Butt, <br><br>         Defendants. | Case No. 17 Civ. 5057 (FB) (CLP) <br><br> **AFFIRMATION OF SERVICE** |




  Sikandar Nisar Saroya son of Nisar Ahmad, currently residing at House No.137, Street No. 9, Block-XX, Phase- III, Defence Housing Authority, Lahore, under penalty of perjury, declares and says:

  I am employed and qualified as an advocate in the Islamic Republic of Pakistan, I am over the age of 18 and not a party to the within action. My business address is 112-B/1, Block-E/1, Gulberg-III, Lahore in the Name and Style of "CKR & ZIA" (Attorneys and Legal Consultants).

  On the 6th of December, 2017, I served the following documents upon Muhammad Arshad Butt at the address House No. 843, Street No.9, Block-W, Phase 3, Defence Housing Authority, Lahore, Pakistan, at 10.00 AM by personally delivering copies of those documents in a sealed envelope:

1. REQUEST FOR CLERK'S ENTRY OF CERTIFICATE OF DEFAULT (Doc. 21).
2. PROPOSED CLERK'S CERTIFICATE OF DEFAULT (Doc. 21-1).
3. DECLARATION OF SIKANDAR NISAR SAROYA IN SUPPORT PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT (Doc. 21-2).
4. DECLARATION OF JAMIE S. RAGHU IN SUPPORT PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT (Doc. 21-3).

  I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of December 2017 in the Islamic Republic of Pakistan.

                  _____
                   Sikandar Nisar Saroya



ATTESTED
Haji Mushtaq Ahmed Bhatti
ADVOCATE & NOTARY PUBLIC
07 DEC 2017
Lahore High Court, Lahore
Notification No. SO(Judicial.II)3-01/2013
Issue Date: 24-07-2017, Exp Date: 23-07-2020