UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ASIA TV USA LTD. *et al.*,

                          Plaintiffs,

                -against-                                    **ORDER**
                                                             17 CV 5057 (FB) (CLP)

KAMRAN INTERNATIONAL TRADE LIMITED
and MUHAMMAD ARSHAD BUTT,

                          Defendants.
----------------------------------------------------------------X

**POLLAK**, United States Magistrate Judge:

       Plaintiffs in this action filed their Motion for Default Judgment for monetary damages and permanent injunction on March 14, 2018.  (See generally Pls.' Mot. for Default J., Mar. 14, 2018, ECF No. 25).  The Honorable Frederic Block has referred the motion to the undersigned to issue a Report and Recommendation with respect to whether default judgment should enter and, if so, to determine the scope of the permanent injunction and to calculate damages, attorney's fees, and any other relief with or without holding an inquest.  (See Electronic Order of Referral, Mar. 15, 2018).

       The parties or their counsel are ORDERED to appear for an **INQUEST HEARING** as follows:

                DATE:         **August 24, 2018**

                TIME:         **10:00 a.m.**

                LOCATION:   Courtroom 13B South
                                   United States Courthouse
                                   United States District Court, E.D.N.Y.
                                   225 Cadman Plaza East
                                   Brooklyn, NY  11201
                                   United States of America

       The defendants are ORDERED to submit papers in support of their damages calculations

or in opposition to plaintiffs' damages calculations, which should include an affidavit setting forth the basis and method for calculating default damages and attorney's fees, if requested, along with any supporting documentation.  Damages calculations must be filed with the Clerk of the Court by August 17, 2018.

Plaintiffs' counsel is ORDERED to serve a copy of this Order on the defendants promptly using a trackable mail or delivery service, or by personal service.  Plaintiffs' counsel shall file proof of mailing on ECF and, when available, shall also file a copy of the return receipt or proof of service.

**SO ORDERED.**

Dated: Brooklyn, New York
July 17, 2018

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York