UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

| | |
|---|---|
| ASIA TV USA LTD., MSM ASIA LTD., STAR INDIA PRIVATE LTD., VIACOM18 MEDIA PRIVATE LIMITED, ARY DIGITAL USA LLC, and DISH NETWORK L.L.C.,<br><br>Plaintiffs,<br>v.<br><br>KAMRAN INTERNATIONAL TRADE LIMITED, and MUHAMMAD ARSHAD BUTT,<br><br>Defendants. | NO. 17-CV-5057 (FB)(CLP)<br><br>**AFFIRMATION OF SERVICE** |

HUNG KIN WING, under penalty of perjury, declares and says:

I am employed and qualified as a solicitor in Hong Kong Special Administrative Region of the People's Republic of China, I am over the age of 18 and not a party to the within action. My business address is 32/F Harbour Centre, 25 Harbour Road, Hong Kong.

On August 20, 2018, I served the Court Order dated July 17, 2018 scheduling an Inquest Hearing for August 24, 2018 (the "Order") on Muhammad Arshad Butt at the registered office of Kamran International Trade Limited located at 20/F, Champion Building, 287-291 Des Voeux Road Central, Sheung Wan, Hong Kong by personally delivering a copy of the Order in a sealed envelope.

On August 20, 2018, I also served the following documents in support of Plaintiffs' Motion Seeking Leave to Serve Defendant Muhammad Arshad Butt by Alternative Service (the "Motion") on Muhammad Arshad Butt at the registered office of Kamran International Trade Limited located at 20/F, Champion Building, 287-291 Des Voeux Road Central, Sheung Wan, Hong Kong, by personally delivering copies of those documents in a sealed envelope:

    a. The Motion;

    b. Declaration of Sikandar Nisar Saroya;

    c. Declaration of Nicholas Braak, and exhibits annexed thereto;

    d. Proposed Order; and

    e. Letter to Magistrate Pollak requesting adjournment of Inquest Hearing dated August 13, 2018.

On August 20, 2018, I also served the docket for the above-captioned action updated as of August 16, 2018 (the "Docket") on Muhammad Arshad Butt at the registered office of Kamran International Trade Limited located at 20/F, Champion Building, 287-291 Des Voeux Road Central, Sheung Wan, Hong Kong, by personally delivering a copy of the Docket in a sealed envelope.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August 2018 in Hong Kong Special Administrative Region of the People's Republic of China.

_____
HUNG KIN WING

Before me,

_____
Tong Wai Oi Wanda
Solicitor, Hong Kong
Wanda Tong & Company