UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

| | |
|---|---|
| ASIA TV USA LTD., MSM ASIA LTD., STAR INDIA PRIVATE LTD., VIACOM18 MEDIA PRIVATE LIMITED, ARY DIGITAL USA LLC, and DISH NETWORK L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> KAMRAN INTERNATIONAL TRADE LIMITED, and MUHAMMAD ARSHAD BUTT, <br><br> Defendants. | NO. 17-CV-5057 (FB)(CLP) <br><br> **AFFIRMATION OF SERVICE** |

HUNG KIN WING, under penalty of perjury, declares and says:

I am employed and qualified as a solicitor in Hong Kong Special Administrative Region of the People's Republic of China, I am over the age of 18 and not a party to the within action. My business address is 32/F Harbour Centre, 25 Harbour Road, Hong Kong.

On August 20, 2018, I served the following documents in support of Plaintiffs' Motion for Default Judgment and Permanent Injunction (the "Motion") on Muhammad Arshad Butt at the registered office of Kamran International Trade Limited located at 20/F, Champion Building, 287-291 Des Voeux Road Central, Sheung Wan, Hong Kong, by personally delivering copies of those documents in a sealed envelope:

      a. March 14, 2018 Letter;

      b. Notice of Motion;

      c. Declaration of L. Danielle Toaltoan, and exhibits annexed thereto;

      d. Declaration of Alex Fonoroff, and exhibits annexed thereto;

      e. Declaration of Nicholas Braak, and exhibits annexed thereto;

    f.   Declaration of Akhilesh Gupta, and exhibits annexed thereto;

    g.   Declaration of Jaideep Janakiram and exhibits annexed thereto;

    h.   Declaration of Surender Mann and exhibits annexed thereto;

    i.   Declaration of Thomas George and exhibits annexed thereto;

    j.   Memorandum of Law in support of Motion; and

    k.   Proposed Default Judgment and Permanent Injunction (annexed as Exhibit G to Toaltoan Declaration).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August 2018 in Hong Kong Special Administrative Region of the People's Republic of China.

_____
HUNG KIN WING

Before me,

_____
Tong Wai Oi Wanda
Solicitor, Hong Kong
Wanda Tong & Company