

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Robert D. Balin**
212-603-6440  (tel)
212-379-5207  (fax)

robbalin@dwt.com

August 22, 2018

**VIA ECF**

Hon. Judge Cheryl L. Pollak
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Asia TV USA Ltd. et al. v. Kamran International Trade Limited, et al,*
Case No. 17 Civ. 5057 ((FB) (CLP) – Request to Reschedule the Inquest Hearing

Dear Magistrate Judge Pollak:

I am the attorney for Plaintiffs Asia TV USA Ltd., MSM Asia Ltd., Star India Private Ltd., Viacom18 Media Private Limited, ARY Digital USA LLC, and DISH Network L.L.C. (collectively, "Plaintiffs") in the above-captioned action. I write to respectfully request that the inquest hearing before Your Honor, which is currently scheduled for August 31, 2018, be rescheduled because I have a prior family commitment on that date. I am available on August 30, 2018 or any day from September 4 through September 7, 2018 to appear before Your Honor for the inquest hearing.

Respectfully Yours,

**Davis Wright Tremaine LLP**

Robert D. Balin

4824-1749-3104v.1 0090227-000008

Anchorage  | New York     | Seattle
Bellevue   | Portland     | Shanghai
Los Angeles| San Francisco| Washington, D.C.

www.dwt.com