

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Robert D. Balin**
212-603-6440  (tel)
212-379-5207  (fax)

robbalin@dwt.com

September 7, 2018

**VIA FEDERAL EXPRESS**

Hon. Judge Cheryl L. Pollak
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Asia TV USA Ltd. et al. v. Kamran International Trade Limited, et al,*
      Case No. 17 Civ. 5057 ((FB) (CLP) – Copyright Registrations

Dear Magistrate Judge Pollak:

We are the attorneys for Plaintiffs Asia TV USA Ltd., MSM Asia Ltd., Star India Private Ltd., Viacom18 Media Private Limited, ARY Digital USA LLC, and DISH Network L.L.C. (collectively, "Plaintiffs") in the above-captioned action.  Per Your Honor's request at the Inquest Hearing held on September 6, 2018, we are writing to provide hard copies of the copyright registrations for the fifty-five separate TV episodes ("Episodes") referenced in Plaintiffs' Motion for Default Judgement and Permanent Injunction that Plaintiffs have registered with the U.S. Copyright Office.  Please find attached hereto a copy of the Declaration of Alex Fonoroff, including Exhibit A which lists the fifty-five Episodes Plaintiffs have registered with the U.S. Copyright Office, and copies of those registrations.  Copies of the registrations may also be found on the docket attached to the Declarations of Thomas George, (ECF No. 25-15); Akhilesh Gupta (ECF No. 25-18), Jaideep Janakiram (ECF No. 25-21), and Singh Mann (ECF No. 25-24).  Please let us know if we can provide any additional information.

Respectfully Yours,

**Davis Wright Tremaine LLP**

Robert D. Balin

Enclosures
4824-4528-6513v.1 0090227-000008

Anchorage   New York      Seattle
Bellevue    Portland      Shanghai
Los Angeles San Francisco Washington, D.C.

www.dwt.com