

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Lacy H. Koonce**
212-603-6467  (tel)
212-379-5207  (fax)

lancekoonce@dwt.com

October 11, 2018

<u>**VIA ECF AND FEDERAL EXPRESS**</u>

Hon. Judge Frederic Block
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Asia TV USA Ltd. et al. v. Kamran International Trade Limited, et al,*
              **Case No. 17 Civ. 5057 ((FB) (CLP)**

Dear Judge Block:

      We are the attorneys for Plaintiffs Asia TV USA Ltd., MSM Asia Ltd., Star India Private Ltd., Viacom18 Media Private Limited, ARY Digital USA LLC, and DISH Network L.L.C. (collectively "Plaintiffs") in the above-captioned action.  On behalf of Plaintiffs, we are writing to notify the Court that we have no objections to Magistrate Judge Pollak's Report and Recommendation issued on September 25, 2018 (the "Report and Recommendation").

      On October 4, 2018, Defendants Kamran International Trade Limited ("Kamran") and Muhammad Arshad Butt ("Butt") were served with a copy of the Report and Recommendation at Kamran's registered corporate address.  Defendant Butt was also served with the Report and Recommendation via email on October 2, 2018.[1]  The deadline to object to the Report and Recommendation, October 9, 2018, has passed.  Neither Defendant submitted an objection.

      Accordingly, and for the Court's convenience, attached hereto is a proposed Default Judgment and Permanent Injunction Order against Defendants which tracks Magistrate Judge Pollak's Report and Recommendation, including that Plaintiffs may renew their request for a third party injunction at a later date.

      Respectfully Yours,

      **Davis Wright Tremaine LLP**


      */s/ Lacy H. Koonce*
      Lacy H. Koonce

---

[1] On August 16, 2018, Magistrate Judge Pollak granted Plaintiffs' request to serve Defendant Butt via email as well as at Kamran's registered corporate address.  *See* Dkt.

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.

www.dwt.com